Merrimack,
Nov. 2, 1909.

## BEAN, *Guardian,* v. STAPLES, *Ex'r.*

PETITION, for a construction of the following clause of the will of Ellen S. Clark: "To Kenrick C. Bean, son of said Mary I. Bean, and to Jeremiah E. Franklin, son of said Anna D. Franklin, provided he reach the age of twenty-one years, I give to each the sum of one thousand dollars." At the October term, 1908, of the superior court it was held by *Stone,* J., that Kenrick's legacy vested on Mrs. Clark's death, and the defendant excepted. Upon consideration of the case in the supreme court the order was,

*Exception overruled.*

*Leach, Stevens & Couch,* for the plaintiff.

*Thomas F. Clifford,* for the defendant.